

*March 10, 2017*

2017-Ohio-846.]

**2017–0204.   In re Application of Dayton Power & Light Co. to Establish a Std. Serv. Offer in the Form of an Elec. Sec. Plan.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Office of the Ohio Consumers' Counsel for leave to amend its notice of appeal. Motion granted.

**2017–0205.   In re Application of Dayton Power & Light Co. to Establish a Std. Serv. Offer in the Form of an Elec. Sec. Plan.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Office of the Ohio Consumers' Counsel for leave to amend its notice of appeal. Motion granted.

*March 10, 2017*

2017-Ohio-862.]

**2017–0304.   State ex rel. Bucher v. Stephens.**
Butler App. No. CA2017–02–024. On appellant's motion for stay. Motion denied.

*March 13, 2017*

2017-Ohio-866.]

**2011–1921.   State v. Sowell.**
Cuyahoga C.P. No. CR–09–530885. On appellant's motion to clarify due date. Motion granted. The application for reopening is due May 17, 2017.

**2016–1713.   Beavercreek Towne Station, L.L.C. v. Kohl's Illinois, Inc.**
Board of Tax Appeals, Nos. 2015–1488, 2015–1496, and 2015–1544. Sua sponte, briefing schedule stayed and appellants' joint motion to stay briefing deadlines denied as moot.